ULYSSES G. DUTCHER, Respondent, *v.* ROCKLAND ELECTRIC COMPANY, Appellant.

*Dutcher* v. *Rockland Electric Co.*, 123 App. Div. 765, affirmed.
(Argued March 26, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 31, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*M. B. Patterson* for appellant.

*Frank Comesky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ. Dissenting on ground of plaintiff's contributory negligence: CULLEN, Ch. J., and GRAY, J.